| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States of America, §
§   Government Collection
    Plaintiff, §
§
vs. §   Civil Action _____
§   (CDCS: 2019A47155/2019A47206/2019A47219/
§   2019A47231/2019A47259/2019A47212/
§   2019A47220/2019A47237/2019A47244/
§   2019A47257/2019A47215/2019A47204/
§   2019A47254/2019A47295/2019A47298
§   2019A47217/2019A47230/2019A47249/
§   2019A47265/2019A47278)
§
Rosenberg CMHC, Inc., §
§
    Defendant. §

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* Rosenberg CMHC, Inc. may be served with process by serving its registered agent, Jerry L. Jones, at 2200 FM 1092 Road, Suite A, Missouri City, Texas 77459.

3. *The Debt.* The debts owed to the United States arose through U.S. Health & Human Services delinquency of overpayments. The debt on the date of the Certificate of Indebtedness was:

(A) CDCS 2019A47155

| | | | | |
|---|---|---|---|---:|
| A. | Current principal | | $ | 169,511.68 |
| B. | Interest (capitalized and accrued) | | $ | 68,198.90 |
| C. | Administrative fees, costs, penalties<br>(Including $400.00 Filing fee) | | $ | 400.00 |
| D. | Balance due | | $ | 238,110.58 |

F.      Prejudgment interest accrues at 9.87%% per annum being $45.84 per day.

(B) CDCS 2019A47206

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 160,914.02 |
| B. | Interest (capitalized and accrued) | $ | 64,392.22 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 225,306.24 |

E.      Prejudgment interest accrues at 9.87% per annum being $43.52 per day.

(C) CDCS 2019A47219

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 142,796.36 |
| B. | Interest (capitalized and accrued) | $ | 57,179.42 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 199,975.78 |

E.      Prejudgment interest accrues at 9.87% per annum being $38.62 per day.

(D) CDCS 2019A47231

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 128,014.37 |
| B. | Interest (capitalized and accrued) | $ | 51,261.12 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 179,275.49 |

E.      Prejudgment interest accrues at 9.87% per annum being $34.62 per day.

(E) CDCS 2019A47259

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 125,792.75 |
| B. | Interest (capitalized and accrued) | $ | 50,608.18 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 176,400.93 |

E. Prejudgment interest accrues at 9.87% per annum being $34.01 per day.

(F) CDCS 2019A47212

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 110,182.71 |
| B. | Interest (capitalized and accrued) | $ | 44,329.40 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 154,512.11 |

E. Prejudgment interest accrues at 9.87% per annum being $29.80 per day.

(G) CDCS 2019A47220

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 94,148.10 |
| B. | Interest (capitalized and accrued) | $ | 37,699.35 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 131,847.45 |

E. Prejudgment interest accrues at 9.87% per annum being $25.45 per day.

(H) CDCS 2019A47237

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 79,273.03 |
| B. | Interest (capitalized and accrued) | $ | 31,743.52 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 111,016.55 |

E. Prejudgment interest accrues at 9.87% per annum being $21.44 per day.

(I) <u>CDCS 2019A47244</u>

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 66,841.19 |
| B. | Interest (capitalized and accrued) | $ | 26,764.81 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 93,606.00 |

E. Prejudgment interest accrues at 9.87% per annum being $18.07 per day.

(J) <u>CDCS 2019A47257</u>

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 53,913.31 |
| B. | Interest (capitalized and accrued) | $ | 21,282.97 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 75,196.28 |

E. Prejudgment interest accrues at 9.87% per annum being $14.58 per day.

(K) <u>CDCS 2019A47215</u>

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 45,834.84 |
| B. | Interest (capitalized and accrued) | $ | 18,440.46 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 64,275.30 |

E. Prejudgment interest accrues at 9.87% per annum being $12.39 per day.

(L) <u>CDCS 2019A47204</u>

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 43,426.17 |
| B. | Interest (capitalized and accrued) | $ | 17,142.54 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 60,568.71 |

E. Prejudgment interest accrues at 9.87% per annum being $11.74 per day.

(M)  CDCS 2019A47254

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 43,198.35 |
| B. | Interest (capitalized and accrued) | $ | 17,052.31 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 60,250.66 |

E.  Prejudgment interest accrues at 9.87% per annum being $11.68 per day.

(N) CDCS 2019A47295

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 35,057.22 |
| B. | Interest (capitalized and accrued) | $ | 2,860.00 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 37,917.22 |

E.  Prejudgment interest accrues at 9.87% per annum being $9.48 per day.

(O) CDCS 2019A47298

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 31,562.73 |
| B. | Interest (capitalized and accrued) | $ | 12,758.74 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 44,321.47 |

E.  Prejudgment interest accrues at 9.87% per annum being $8.54 per day.

(P)  CDCS 2019A47217

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 22,632.13 |
| B. | Interest (capitalized and accrued) | $ | 8,933.85 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 31,565.98 |

E.  Prejudgment interest accrues at 9.87% per annum being $6.12 per day.

(Q) CDCS 2019A47230

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 17,046.99 |
| B. | Interest (capitalized and accrued) | $ | 6,729.49 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 23,776.48 |

E. Prejudgment interest accrues at 9.87% per annum being $4.61 per day.

(R) CDCS 2019A47249

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 10,250.54 |
| B. | Interest (capitalized and accrued) | $ | 4,046.62 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 14,297.16 |

E. Prejudgment interest accrues at 9.87% per annum being $2.77 per day.

(S) CDCS 2019A47265

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 7,739.61 |
| B. | Interest (capitalized and accrued) | $ | 3,055.07 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 10,794.68 |

E. Prejudgment interest accrues at 9.87% per annum being $2.09 per day.

(T) CDCS 2019A47278

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 1,130.74 |
| B. | Interest (capitalized and accrued) | $ | 446.27 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Balance due | $ | 1,577.01 |

E. Prejudgment interest accrues at 9.87% per annum being $0.31 per day.

      Total Due (CDCS 2019A47155, 2019A47206, 2019A47219, 2019A47231, 2019A47259, 2019A47212, 2019A47220, 2019A47237, 2019A47244, 2019a47257, 2019A47215, 2019A47204, 2019A47254, 2019A47295, 2019A47298, 2019A47217, 2019A47230, 2019A47249, 2019A47265 and 2019A47278).  $ <u>     1,934,592.08</u>

    F.    The current principal in paragraph 3(A)A, 3(B)A, 3(C)A, 3(D)A, 3(E)A, 3(F)A, 3(G)A, 3(H)A, 3(I)A, 3(J)A, 3(K)A, 3(L)A, 3(M)A, 3(N)A, 3(O)A, 3(P)A, 3(Q)A, 3(R)A, 3(S)A and 3(T)A is after credits of $0.00.

4.    *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.

5.    *Prayer*. The United States prays for judgment for:

    A.    The sums in paragraph 3, pre-judgment interest, administrative costs, and post-judgment interest.

    B.    Other relief the court deems proper.

Respectfully submitted,

CERSONSKY, ROSEN & GARCÍA, P.C.

By: /s/ M. H. Cersonsky
M. H. Cersonsky, TBN:  04048500
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff

For Important Information About This Lawsuit Please See Next Page.

# Federal Court Suit

1.     You have been served in a lawsuit.

2.     If you dispute the debt in it, you must file a written response to the lawsuit with the court and the government's lawyer. If you do not, a default judgment will be taken against you.

3.     Your written response is due 21 days after the day you got the lawsuit papers.

4.     Mail your written response to:

   > Clerk
   > United States District Court
   > P.O. Box 61010
   > Houston, Texas 77208

   and send a copy to the lawyers for the United States at:

   > M. H. Cersonsky
   > Cersonsky, Rosen & García, P.C.
   > 1770 St. James Place, Suite 150
   > Houston, Texas 77056

   Be sure to put your case number and name on your response.

5.     If you do not dispute the debt claimed in the lawsuit and want a payment plan, please contact Eddith Salazar at (713) 600-8500.



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

Rosenberg CMHC Inc.
2200 FM 1092 Road, Ste A
Missouri City, Texas 77459
**EIN: 80-0547435**

I hereby certify, as part of my duties with the U.S. Department of the Treasury (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Health and Human Services (HHS), Centers for Medicare and Medicaid Services (CMS) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the twenty (20) debts owed by Rosenberg CMHC, Inc., (DEBTOR) to HHS.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of HHS based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of overpayments, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of the delinquency of overpayments. Treasury's regular business practice is to receive, store and rely on the documents provided by HHS, when, debts are referred to Treasury for collection activities, including litigation.

HHS referred the claims to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) for litigation and collection between September 5, 2015 and October 9, 2015. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from HHS.

**TRFM1500254127 – Case #1**
On April 27, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $169,511.68 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $169,511.68 with daily interest of $45.84. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|   |   |
|---|---|
| Principal: | $ 169,511.68 |
| Interest (@9.87%): | $ 68,198.90 |
| **Total:** | **$ 237,710.58** |



PLAINTIFF'S EXHIBIT A

1



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

**TRFM1500265619 – Case #2**
On April 28, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $160,914.02 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $160,914.02 with daily interest of $43.52. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 160,914.02 |
| Interest (@9.87%): | $  64,392.22 |
| **Total:** | **$ 225,349.75** |

**TRFM1500265618 – Case #3**
On April 29, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $142,796.36 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $142,796.36 with daily interest of $38.62. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 142,796.36 |
| Interest (@9.87%): | $  57,179.42 |
| **Total:** | **$ 199,975.78** |

**TRFM1500265717 – Case #4**
On April 30, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $128,014.37 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $128,014.37 with daily interest of $34.62. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 128,014.37 |
| Interest (@9.87%): | $  51,261.12 |
| **Total:** | **$ 179,275.49** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

**TRFM1500254076 – Case #5**
On April 24, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $125,792.75 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $125,792.75 with daily interest of $34.01. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 125,792.75 |
| Interest (@9.87%): | $ 50,608.18 |
| **Total:** | **$ 176,400.93** |

**TRFM1500254134 – Case #6**
On April 23, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $110,182.71 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $110,182.71 with daily interest of $29.80. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 110,182.71 |
| Interest (@9.87%): | $ 44,329.40 |
| **Total:** | **$ 154,512.11** |

**TRFM1500265617 – Case #7**
On May 1, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $94,148.10 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $94,148.10 with daily interest of $25.45. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 94,148.10 |
| Interest (@9.87%): | $ 37,699.35 |
| **Total:** | **$ 131,847.45** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

**TRFM1500265708 – Case #8**
On May 4, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $79,273.03 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $79,273.03 with daily interest of $21.44. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 79,273.03 |
| Interest (@9.87%): | $ 31,743.52 |
| **Total:** | **$ 111,016.55** |

**TRFM1500265707 – Case #9**
On May 5, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $66,841.19 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $66,841.19 with daily interest of $18.07. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 66,841.19 |
| Interest (@9.87%): | $ 26,764.81 |
| **Total:** | **$ 93,606.00** |

**TRFM1500275416 – Case #10**
On May 6, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $53,913.31 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $53,913.31 with daily interest of $14.58. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 53,913.31 |
| Interest (@9.87%): | $ 21,282.97 |
| **Total:** | **$ 75,196.28** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

**TRFM1500254136 – Case #11**
On April 22, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $45,834.84 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $45,834.84 with daily interest of $12.39. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 45,834.84 |
| Interest (@9.87%): | $ 18,440.46 |
| **Total:** | **$ 64,275.30** |

**TRFM1500275414 – Case #12**
On May 8, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $43,426.17 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $43,426.17 with daily interest of $11.74. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 43,426.17 |
| Interest (@9.87%): | $ 17,142.54 |
| **Total:** | **$ 60,568.71** |

**TRFM1500275415 – Case #13**
On May 7, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $43,198.35 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $43,198.35 with daily interest of $11.68. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 43,198.35 |
| Interest (@9.87%): | $ 17,052.31 |
| **Total:** | **$ 60,250.66** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

**TRFM1500249629 - Case #14**
On April 20, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $35,057.22 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $35,057.22 with daily interest of $9.48. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 35,057.22 |
| Interest (@9.87%): | $ 2,860.00 |
| **Total:** | **$ 37,917.22** |

**TRFM1500249628 – Case #15**
On April 21, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $31,562.73 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $31,562.73 with daily interest of $8.54. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 31,562.73 |
| Interest (@9.87%): | $ 12,758.74 |
| **Total:** | **$ 44,321.47** |

**TRFM1500275508 – Case #16**
On May 11, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $22,632.13 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $22,632.13 with daily interest of $6.12. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 22,632.13 |
| Interest (@9.87%): | $ 8,933.85 |
| **Total:** | **$ 31,565.98** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

**TRFM1500275022 – Case #17**
On May 12, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $17,046.99 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $17,046.99 with daily interest of $4.61. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 17,046.99 |
| Interest (@9.87%): | $ 6,729.49 |
| **Total:** | **$ 23,776.48** |

**TRFM1500275021 – Case #18**
On May 13, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $10,250.54 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $10,250.54 with daily interest of $2.77. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 10,250.54 |
| Interest (@9.87%): | $ 4,046.62 |
| **Total:** | **$ 14,297.16** |

**TRFM1500275112 – Case #19**
On May 14, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $7,739.61 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $7,739.61 with daily interest of $2.09. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

|  |  |
|---|---|
| Principal: | $ 7,739.61 |
| Interest (@9.87%): | $ 3,055.07 |
| **Total:** | **$ 10,794.68** |



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. HEALTH & HUMAN SERVICES
<u>CERTIFICATE OF INDEBTEDNESS</u>

**TRFM1500275014 – Case #20**
On May 15, 2015, HHS determined the DEBTOR delinquent for an overpayment in the amount of $1,130.74 with an annual interest rate of 9.87%, for CMS services rendered. HHS sent the DEBTOR letters advising of the overpayment and requesting payment to no avail.

On June 5, 2019, DMS referred the claim to DOJ for litigation and collection in the amount due of $1,130.74 with daily interest of $0.31. As of June 6, 2019, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $  1,130.74 |
| Interest (@9.87%): | $     446.27 |
| **Total:** | **$  1,577.01** |

The balances stated in the case(s) listed above are current as of June 6, 2019, including any applicable interest, penalties, administrative fees, and DMS & DOJ fees (pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the HHS and information contained in Treasury's records.

X  *Ashleigh Edmonds*
June 6, 2019

Signed by: Ashleigh N. Edmonds

8